Stark County Bar Association *v.* Paulson.

[Cite as Stark Cty. Bar Assn. *v.* Paulson (1989), 43 Ohio St. 3d 150.]

(No. D.D. 88-35—Submitted March 29, 1989—Decided June 7, 1989.)

*William W. Emley,* for relator.
*Lemuel R. Green,* for respondent.

*Per Curiam.* We concur with the board's findings and its recommendation. Respondent is to repay Patricia J. Landis the $100 he received from her and is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.